IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00210-PSF-PAC

JAMAL AMAN ALI,

    Petitioner/Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General of the United States;
ROBERT MUELLER III, Director of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; and
MARY MISCHKE, Acting Denver District Director of United States Citizenship
and Immigration Services,

    Respondents/Defendants.

## ORDER SETTING HEARING ON NATURALIZATION APPLICATION

This matter comes before the Court on plaintiff's Petition for *de Novo* Hearing on Naturalization Application (Dkt. # 1). The defendants shall respond to this Petition no later than **5:00 p.m. Friday, February 23, 2007.** Plaintiff's reply will be due no later than **5:00 p.m. Friday, March 2, 2007.** It is

ORDERED that this matter is set for a hearing on **Friday, March 23, 2007 at 1:30 p.m.**

FURTHER ORDERED that plaintiff shall notify defendants and their counsel FORTHWITH of this Order.

DATED: January 31, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge