IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00210-PSF-PAC

JAMAL AMAN ALI,

    Petitioner/Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General of the United States;
ROBERT MUELLER III, Director of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; and
MARY MISCHKE, Acting Denver District Director of United States Citizenship
and Immigration Services,

    Respondents/Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Defendants' Motion to Vacate and Reset Hearing (Dkt. # 11) is GRANTED in part.  The Court hereby ORDERS that the hearing concerning plaintiff's naturalization application currently set for March 23, 2007 at 1:30 p.m. is VACATED.

    IT IS FURTHER ORDERED that counsel shall confer and file a joint status report with the Court <u>no later than April 9, 2007</u>.

    DATED:  March 20, 2007