IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00210-PSF

JAMAL AMAN ALI,

    Petitioner/Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General of the United States;
ROBERT MUELLER III, Director of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; and
MARY MISCHKE, Acting Denver District Director of United States Citizenship
and Immigration Services,

    Respondents/Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion to Dismiss (Dkt. # 21). Having considered the stipulation for dismissal, the Court hereby ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or her own costs and attorneys' fees.

IT IS FURTHER ORDERED that the hearing on plaintiff's naturalization application scheduled for November 26, 2007 is VACATED.

DATED: October 15, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
U.S. District Court Judge